## STATE OF CONNECTICUT *v.*
## MARIO MENDELA-GANDHI
## (AC 22079)

Lavery, C. J., and West and Peters, Js.

Argued September 10—officially released November 12, 2002

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* RONALD SWINTON
## (AC 21574)

Mihalakos, Bishop and Peters, Js.

Argued September 12—officially released November 12, 2002

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* ARTHUR GAINEY
## (AC 22234)

Lavery, C. J., and Foti and Dranginis, Js.

Argued September 12—officially released November 12, 2002

Per Curiam. The judgment is affirmed.